1  Kathryn G. Spelman, Esq. (Cal. Bar No. 154512)
2  Daniel H. Fingerman, Esq. (Cal. Bar No. 229683)
   Mount & Stoelker, P.C.
3  RiverPark Tower, Suite 1650
   333 West San Carlos Street
4  San Jose CA  95110-2740
   Phone: (408) 279-7000
5  Fax:    (408) 998-1473
   Email: kspelman@mount.com
6          dfingerman@mount.com

7  Attorneys for San Francisco Technology Inc.

8                    United States District Court
9          Northern District of California, San Jose Division

10 San Francisco Technology Inc.              Case No. **CV 10-03246**

11              Plaintiff                      **Complaint**

12 vs.
                                              **Demand For Jury Trial**
13
   The Glad Products Company, Bajer Design
14 & Marketing Inc., Bayer Corporation,
   Bright Image Corporation, Church &
15 Dwight Co. Inc., Colgate-Palmolive
   Company, Combe Incorporated, The Dial
16 Corporation, Exergen Corporation,
   GlaxoSmithKline LLC, Hi-Tech
17 Pharmacal Co. Inc., Johnson Products
   Company Inc., Maybelline LLC, McNeil-
18 PPC Inc., Medtech Products Inc., Playtex
   Products Inc., Reckitt Benckiser Inc.,
19 Roche Diagnostics Corporation,
   SoftSheen-Carson LLC, Sun Products
20 Corporation, Sunstar Americas Inc.
21
22              Defendants
23
24
25
26
27
28

RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

1    Plaintiff San Francisco Technology Inc. ("SF Tech") files this Complaint against defendants

2  The Glad Products Company ("Glad"), Bajer Design & Marketing Inc. ("Bajer"), Bayer Corporation

3  ("Bayer"), Bright Image Corporation ("Bright Image"), Church & Dwight Co. Inc. ("Church &

4  Dwight"), Colgate-Palmolive Company ("Colgate-Palmolive"), Combe Incorporated ("Combe"), The

5  Dial Corporation ("Dial"), Exergen Corporation ("Exergen"), GlaxoSmithKline LLC ("GSK"), Hi-

6  Tech Pharmacal Co., Inc. ("Hi-Tech Pharmacal"), Johnson Products Company Inc. ("Johnson"),

7  Maybelline LLC ("Maybelline"), McNeil-PPC Inc. ("McNeil-PPC"), Medtech Products Inc.

8  ("Medtech"), Playtex Products Inc. ("Playtex"), Reckitt Benckiser Inc. ("RBI"), Roche Diagnostics

9  Corporation ("Roche"), SoftSheen-Carson LLC ("SoftSheen-Carson"), Sun Products Corporation

10  ("Sun"), Sunstar Americas Inc. ("Sunstar") and alleges as follows:

### Nature of Action

11

12    1.    This is a *qui tam* action to impose civil fines for false marking.  As alleged further

13  below, each defendant has falsely marked articles in violation of 35 U.S.C. § 292 and must be civilly

14  fined for each offense: "Whoever marks upon, or affixes to, or uses in advertising in connection with

15  any unpatented article, the word 'patent' or any word or number importing that the same is patented,

16  for the purpose of deceiving the public … Shall be fined not more than $500 for every such offense."

17  Each defendant has falsely marked products with patents to induce the public to believe that each

18  such product is protected by each patent listed and with knowledge that nothing is protected by an

19  expired patent.  Accordingly, each defendant falsely marked articles with intent to deceive the public.

### Parties

20

21    2.    Plaintiff San Francisco Technology is a Delaware corporation with its principal place

22  of business in San Jose, California.

23    3.    Glad: Upon information and belief, Glad is a Delaware business entity with a principal

24  place of business at 1221 Broadway, Oakland CA  94612.

25    4.    Bajer: Upon information and belief, Bajer is a Wisconsin business entity with its

26  principal place of business at 1801 Airport Road Ste A, Waukesha WI  53188.

27    5.    Bayer: Upon information and belief, Bayer is an Indiana business entity with its

28  principal place of business at 100 Bayer Road, Pittsburgh PA 15205.

6.    Bright Image: Upon information and belief, Bright Image is an Illinois business entity with a principal place of business at 2830 S 18th Ave, Broadview IL  60153.

7.    Church & Dwight: Upon information and belief, Church & Dwight is a Delaware business entity with a principal place of business at 469 N Harrison St, Princeton NJ  08543.

8.    Colgate-Palmolive: Upon information and belief, Colgate-Palmolive is a Delaware business entity with a principal place of business at 300 Park Ave, New York NY  10022-7499.

9.    Combe: Upon information and belief, Combe is a Delaware business entity with a principal place of business at 1101 Westchester Ave, White Plains NY  10604.

10.    Dial: Upon information and belief, Dial is a Delaware business entity with a principal place of business at 19001 N Scottsdale Rd, Scottsdale AZ  85255.

11.    Exergen: Upon information and belief, Exergen is a Massachusetts business entity with a principal place of business at 51 Water St., Watertown MA  02172.

12.    GSK: Upon information and belief, GSK is a Delaware business entity with a principal place of business at One Franklin Plaza 200 N 16th St, Philadelphia PA  19102.

13.    Hi-Tech Pharmacal: Upon information and belief, Hi Tech is a Delaware business entity with a principal place of business at 369 Bayview Ave, Amityville NY  11701.

14.    Johnson: Upon information and belief, Johnson is a Delaware business entity with a principal place of business in Dallas, Texas.

15.    Maybelline: Upon information and belief, Maybelline is a New York business entity with a principal place of business in New York.

16.    McNeil-PPC: Upon information and belief, McNeil-PPC is a New Jersey business entity with a principal place of business at 7050 Camp Hill Road, MB # 219; Fort Washington PA 19034.

17.    Medtech: Upon information and belief, Medtech is a Delaware business entity with a principal place of business at 90 N Broadway, Irvington NY  10533.

18.    Playtex: Upon information and belief, Playtex is a Delaware business entity with a principal place of business in Westport, Connecticut.

19.    RBI: Upon information and belief, RBI is a Delaware business entity with a principal

AYERS AND AYERS, SOMETHING
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

1    place of business at 399 Interpace Parkway, Parsippany NJ 07054-0225.

2      20.    <u>Roche</u>: Upon information and belief, Roche is an Indiana business entity with a

3    principal place of business at 9115 Hague Road, P.O. Box 50457, Indianapolis IN 46250.

4      21.    <u>SoftSheen-Carson</u>: Upon information and belief, SoftSheen-Carson is a New York

5    business entity with a principal place of business in New York, New York.

6      22.    <u>Sun</u>: Upon information and belief, Sun is a Delaware business entity with a principal

7    place of business at 60 Danbury Road, Wilton CT 06897.

8      23.    <u>Sunstar</u>: Upon information and belief, Sunstar is a Delaware business entity with a

9    principal place of business at 4635 W Foster Ave, Chicago IL 60630.

10                              **<u>Jurisdiction & Venue</u>**

11      24.    This court has subject matter jurisdiction under 28 U.S.C. §§ 1331 and 1355(a).

12      25.    Venue is appropriate in this District under 28 U.S.C. §§ 1391(b) and 1395(a).

13      26.    This court has personal jurisdiction over each defendant, as alleged further below.

14      27.    <u>Glad</u>: Upon information and belief, Glad's principal place of business is in Oakland,

15    California, which is within this District. Upon information and belief, Glad has appointed an agent

16    for service of process in California: CT Corporation System, 818 West Seventh St, Los Angeles CA

17    90017. Upon information and belief, Glad has sold its products, including its falsely marked

18    products in California and in this District and/or in the stream of commerce with knowledge that they

19    would be sold in California and in this District. Upon information and belief, such sales are

20    substantial, continuous, and systematic.

21      28.    <u>Bajer</u>: Upon information and belief, Bajer has sold its products, including its falsely

22    marked products in California and in this District and/or in the stream of commerce with knowledge

23    that they would be sold in California and in this District. Upon information and belief, such sales are

24    substantial, continuous, and systematic. Bajer advertises its products, including its falsely marked

25    products on its web site, at www.bajerdesign.com. Bajer advertises on that web site[1] that its products

26    are sold at many retail store chains which have locations in California and in this District, including

27    Ace, CVS, Family Dollar, K-Mart, Longs, Safeway, Sam's Club, Walgreens, and Wal-Mart.

28

333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

---

[1] http://www.bajerdesign.com/wheretofindus.html

29.     Bayer: Upon information and belief, Bayer has appointed an agent for service of process in California: Corporation Service Company, 2730 Gateway Oaks Dr Ste 100, Sacramento CA 95833. Upon information and belief, Bayer has sold its products, including its falsely marked products in California and in this District and/or in the stream of commerce with knowledge that they would be sold in California and in this District. Upon information and belief, such sales are substantial, continuous, and systematic.

30.     Bright Image: Upon information and belief, Bright Image has sold its products, including its falsely marked products in California and in this District and/or in the stream of commerce with knowledge that they would be sold in California and in this District. Upon information and belief, such sales are substantial, continuous, and systematic. Bright Image advertises its products, including its falsely marked products, on its web site, at www.touchandglow.com. On that web site, Bright Image sells its products, including its falsely marked products to customers, including, upon information and belief, customers in California and in this District.

31.     Church & Dwight: Upon information and belief, Church & Dwight has appointed an agent for service of process in California: National Registered Agents Inc., 2875 Michelle Dr Ste 100, Irvine CA 92606. Upon information and belief, Church & Dwight has sold its products, including its falsely marked products in California and in this District and/or in the stream of commerce with knowledge that they would be sold in California and in this District. Upon information and belief, such sales are substantial, continuous, and systematic.

32.     Colgate-Palmolive: Upon information and belief, Colgate-Palmolive has appointed an agent for service of process in California: CT Corporation System, 818 West Seventh St, Los Angeles CA 90017. Upon information and belief, Colgate-Palmolive has sold its products, including its falsely marked products in California and in this District and/or in the stream of commerce with knowledge that they would be sold in California and in this District. Upon information and belief, such sales are substantial, continuous, and systematic.

33.     Combe: Upon information and belief, Combe has sold its products, including its falsely marked products in California and in this District and/or in the stream of commerce with

1  knowledge that they would be sold in California and in this District. Upon information and belief,

2  such sales are substantial, continuous, and systematic.

3      34.    Dial: Upon information and belief, Dial has appointed an agent for service of process

4  in California: Corporation Service Company, 2730 Gateway Oaks Dr Ste 100, Sacramento CA

5  95833. Upon information and belief, Dial has sold its products, including its falsely marked products

6  in California and in this District and/or in the stream of commerce with knowledge that they would be

7  sold in California and in this District. Upon information and belief, such sales are substantial,

8  continuous, and systematic.

9      35.    Exergen: Upon information and belief, Exergen has sold its products, including its

10  falsely marked products in California and in this District and/or in the stream of commerce with

11  knowledge that they would be sold in California and in this District. Upon information and belief,

12  such sales are substantial, continuous, and systematic. Exergen advertises on its web site[2] that its

13  temporal thermometer products are sold at many retail store chains which have locations in California

14  and in this District, such as Toys R Us, Babies R Us, Costco, Walgreens, Sam's Club, and Wal-Mart.

15  Exergen also advertises on its web site[3] the contact information for its California sales

16  representatives.

17      36.    GSK: Upon information and belief, GSK has appointed an agent for service of process

18  in California: Corporation Service Company, 2730 Gateway Oaks Dr Ste 100, Sacramento CA

19  95833. Upon information and belief, GSK has sold its products, including its falsely marked

20  products in California and in this District and/or in the stream of commerce with knowledge that they

21  would be sold in California and in this District. Upon information and belief, such sales are

22  substantial, continuous, and systematic.

23      37.    Hi-Tech Pharmacal: Upon information and belief, Hi-Tech Pharmacal has sold its

24  products, including its falsely marked products in California and in this District and/or in the stream

25  of commerce with knowledge that they would be sold in California and in this District. Upon

26  information and belief, such sales are substantial, continuous, and systematic. Upon information and

27  belief, Hi-Tech Pharmacal operates a web site to advertise its falsely marked products at

28

[2] http://www.exergen.com/medical/TAT/tatconsumerpage.htm
[3] http://www.exergen.com/industrl/contacts/index.htm

333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

1   www.zostrix.com. A page[4] on that web site advertises that the falsely marked products can be

2   purchased at retail store chains which have locations in California and in this District, such as CVS,

3   K-Mart, Longs Drugs, Walgreens, Stop & Shop, and Rite Aid.

4       38.   Johnson: Upon information and belief, Johnson has sold its products, including its

5   falsely marked products in California and in this District and/or in the stream of commerce with

6   knowledge that they would be sold in California and in this District. Upon information and belief,

7   such sales are substantial, continuous, and systematic. Johnson advertises its products, including the

8   falsely marked products, on its web site, www.johnsonproducts.com. A page[5] on that web site invites

9   prospective purchasers to search for local retail stores where Johnson's products, including the falsely

10   marked products, are sold. That page indicates that those products are sold at many retail stores in

11   California and in this District, including at least 22 locations in or near this court's zip code, 95113.

12       39.   Maybelline: Upon information and belief, Maybelline has sold its products, including

13   its falsely marked products, in California and in this District and/or in the stream of commerce with

14   knowledge that they would be sold in California and in this District. Upon information and belief,

15   such sales are substantial, continuous, and systematic.

16       40.   McNeil-PPC: Upon information and belief, McNeil-PPC has sold its products,

17   including its falsely marked products, in California and in this District and/or in the stream of

18   commerce with knowledge that they would be sold in California and in this District. Upon

19   information and belief, such sales are substantial, continuous, and systematic. Upon information and

20   belief, McNeil-PPC has appointed an agent for service of process in California: CT Corporation

21   System, 818 West Seventh St, Los Angeles CA 90017.

22       41.   Medtech: Upon information and belief, Medtech has sold its products, including its

23   falsely marked products, in California and in this District and/or in the stream of commerce with

24   knowledge that they would be sold in California and in this District. Upon information and belief,

25   such sales are substantial, continuous, and systematic. On its Dermoplast product labels, Medtech

26   represents that it is "a Prestige Brands" company, apparently referring to Prestige Brands Inc., which

27

28

RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

---

[4] http://www.zostrix.com/pages/buy.asp
[5] http://www.johnsonproducts.com/store.php

Complaint                                            Page 6

1  maintains the web site www.prestigebrands.com. On that web site,[6] Medtech advertises that its

2  falsely marked products are available for purchase in California at numerous retail store chains with

3  many locations in California and in this District, such Raley's, Albertson's, Sav-On Drug, K-Mart,

4  Price Less Drug, Walgreens, Rite-Aid Drug, and CVS.

5      42.    Playtex: Upon information and belief, Playtex has sold its products, including its

6  falsely marked products, in California and in this District and/or in the stream of commerce with

7  knowledge that they would be sold in California and in this District. Upon information and belief,

8  such sales are substantial, continuous, and systematic.

9      43.    RBI: Upon information and belief, RBI has sold its products, including its falsely

10 marked products, in California and in this District and/or in the stream of commerce with knowledge

11 that they would be sold in California and in this District. Upon information and belief, such sales are

12 substantial, continuous, and systematic. Upon information and belief, RBI has appointed an agent for

13 service of process in California: Corporation Service Company, 2730 Gateway Oaks Dr Ste 100,

14 Sacramento CA 95833.

15     44.    Roche: Upon information and belief, Roche has sold its products, including its falsely

16 marked products, in California and in this District and/or in the stream of commerce with knowledge

17 that they would be sold in California and in this District. Upon information and belief, such sales are

18 substantial, continuous, and systematic. Upon information and belief, Roche has appointed an agent

19 for service of process in California: CT Corporation System, 818 West Seventh St, Los Angeles CA

20 90017. Upon information and belief, Roche operates the web site at www.accu-chek.com to

21 advertise its Accu-Chek products. On that web site, Roche advertises that its falsely marked products

22 are available for purchase at numerous retail store chains with many locations in California and in

23 this District, such as CVS, Walgreens, Wal-Mart, Rite-Aid, Target, K-Mart, Safeway, Costco, Fry's

24 Electronics, Albertson's, A&P, Raley's, and Save Mart.

25     45.    SoftSheen-Carson: Upon information and belief, SoftSheen-Carson has sold its

26 products, including its falsely marked products, in California and in this District and/or in the stream

27 of commerce with knowledge that they would be sold in California and in this District. Upon

28

RIVERMARK TOWER, SUITE 1030
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

---

[6] http://www.prestigebrands.com/where-buy.htm

1   information and belief, such sales are substantial, continuous, and systematic. SoftSheen-Carson

2   advertises its products, including the falsely marked products, on its web site, www.softsheen-

3   carson.com. A page[7] on that web site directs potential customers to retail locations in California and

4   in this District where such products are sold; that page lists 15 such locations in or near this court's

5   zip code, 95113.

6       46.    <u>Sun</u>: Upon information and belief, Sun has sold its products, including its falsely

7   marked products, in California and in this District and/or in the stream of commerce with knowledge

8   that they would be sold in California and in this District. Upon information and belief, such sales are

9   substantial, continuous, and systematic. Upon information and belief, Sun operates the web sites at

10   www.sunproductscorp.com and www.snuggle.com to advertise its falsely marked products. Sun

11   encourages users of its products who visit its web sites, including users in California and in this

12   District, to "Register with Snuggle® so we can let you know about special offers and new products."[8]

13       47.    <u>Sunstar</u>: Upon information and belief, Sunstar has sold its products, including its

14   falsely marked products, in California and in this District and/or in the stream of commerce with

15   knowledge that they would be sold in California and in this District. Upon information and belief,

16   such sales are substantial, continuous, and systematic. Sunstar advertises its products, including the

17   falsely marked products, on its web site at www.gumbrand.com. On that web site, Sunstar directs

18   prospective customers to search for local retail stores that sell its products, including the falsely

19   marked products. That page on Sunstar's web site indicates that at least 9 such retail locations exist

20   in or near this court's zip code, 95113. Sunstar's web site also provides a "Shop Now" feature, which

21   leads potential customers a Sunstar-branded web site from which such products can be purchased.[9] A

22   page on that site states that Sunstar ships such products "to the 50 United States", including

23   California.[10] Upon information and belief, such products are sold through this web site, including to

24   purchasers in California and in this District.

<strong><u>Intradistrict Assignment</u></strong>

26       48.    Assignment to the San Jose Division is appropriate because a substantial portion of the

---

[7] http://www.softsheen-carson.com/_us/_en/stores/index.aspx?zipcode=95113&cntry=US&radius=50&results=20
[8] http://www.snuggle.com/data/registration/registration.aspx
[9] https://cart.jbutler.com/store.php?crn=286&rn=505&action=show_detail&p_rn=505
[10] http://cart.jbutler.com/webcontent/policies/coverage.html

RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

1  events or a substantial portion of the harm underlying this case occurred in Santa Clara County.

2  Plaintiff SF Tech has its principal place of business in San Jose, in Santa Clara County. Although the

3  claims in this Complaint arise under 35 U.S.C. § 292, which is codified with the patent statutes, no

4  claim is asserted concerning infringement or validity of any patent. Therefore, this case appears to be

5  inappropriate for District-wide assignment under Civil Local Rule 3-2(c).

6  **Count 1:    Glad's False Marking**

7      49.    SF Tech incorporates by reference all above allegations.

8      50.    Upon information and belief, Glad makes and sells many kinds of products, including

9  resealable sandwich bags and trash bags.

10      51.    Glad's resealable sandwich bag products are sold in packages marked: "U.S. Patents:

11  4,829,641; 4,907,321." Upon information and belief, U.S. Patents Nos. 4,829,641 and 4,907,321

12  both expired no later than 6/23/2007. These sandwich bag products are being sold retail, marked in

13  this manner, in 2010, long after the expirations of U.S. Patents Nos. 4,829,641 and 4,907,321. Upon

14  information and belief, Glad made decisions to mark its sandwich bag products in this manner each

15  time the packages are printed, including long after those patents expired.

16      52.    Glad's trash bag products include "Tall Kitchen" and "OdorShield Tall Kitchen" trash

17  bags, which are sold in packages marked: "U.S. Patent Number 5,006,380". Glad's trash bag

18  products also include "ForceFlex" trash bags, which are sold in packages marked: "Licensed under

19  U.S. Patent Numbers 5,205,650; 5,518,801; 5,650,214; 5,691,035; 5,723,087; 6,394,652 and

20  5,006,380." Upon information and belief, U.S. Patent No. 5,006,380 expired no later than 6/29/2008.

21  These trash bag products are being sold retail in 2010 with such false markings, long after the

22  expiration of U.S. Patent No. 5,006,380. Upon information and belief, Glad made decisions to mark

23  its trash bag products in this manner each time the packages are printed, including long after U.S.

24  Patent No. 5,006,380 expired.

25      53.    Upon information and belief, Glad marks its products with patents to induce the public

26  to believe that each such product is protected by each patent listed and with knowledge that nothing is

27  protected by an expired patent. Accordingly, Glad falsely marked its products with intent to deceive

28  the public.

333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

1

## Count 2:   Bajer's False Marking

2      54.      SF Tech incorporates by reference all above allegations.

3      55.      Upon information and belief, Bajer makes and sells many kinds of products, including

4    Pop-Ups!™ collapsible laundry hamper products.  Bajer marks the packaging in which its Pop-

5    Ups!™ collapsible laundry hamper products are sold: "Licensed under one or more of the following

6    Patent Category Corp. and/or Bajer Design and Marketing, Inc. Patents: U.S. Patent Nos.

7    RE37,924E; 5,560,385; 5,664,596; 5,816,279;, 5,964,533; 5,971,188;, 6,006,772; 6,269,826;

8    6,305,396; 6,318,394; 6,390,111; 6,453,923; 6,575,185; 6,752,163; 6,851,439; 6,926,020; 7,140,376;

9    D431,361; D449,447; D463,638; D438,009s and other U.S. and foreign patents pending."  Upon

10   information and belief, U.S. Patent No. 5,971,188 was surrendered on 12/10/2002.  Upon information

11   and belief, U.S. Patents Nos. 5,664,596, 6,305,396, 6,318,394, and 6,851,439 expired no later than

12   9/9/2009, 10/23/2009, 11/20/2009, and 2/8/2009, respectively.

13      56.      Bajer's falsely marked products are being sold retail in 2010 with such false markings,

14   after the surrender of U.S. Patent No. 5,971,188 and after the expiration of U.S. Patents Nos.

15   5,664,596, 6,305,396, 6,318,394, and 6,851,439.  Upon information and belief, Bajer has made

16   decisions to falsely mark its products after the surrender of U.S. Patent No. 5,971,188 and after the

17   expiration of U.S. Patents Nos. 5,664,596, 6,305,396, 6,318,394, and 6,851,439, including each time

18   it has printed or otherwise created such packaging.

19      57.      Upon information and belief, Bajer marks its products with patents to induce the

20   public to believe that each such product is protected by each patent listed and with knowledge that

21   nothing is protected by a surrendered patent or an expired patent.  Accordingly, Bajer falsely marked

22   its products with intent to deceive the public.

23

## Count 3:   Bayer's False Marking

24      58.      SF Tech incorporates by reference all above allegations.

25      59.      Upon information and belief, Bayer makes and sells many kinds of products, including

26   healthcare and pharmaceutical products and including its products branded "Ketostix® Reagent

27   Strips for Urinalysis".  Bayer marks the packaging in which its Ketostix strip products are sold with

28   "U.S. Patent No.: 4,147,514".  Upon information and belief, U.S. Patent No. 4,147,514 expired no

1   later than 11/22/1997.

2      60.    Bayer's falsely marked products are being sold retail in 2010 with such false markings,

3   many years after the expiration of U.S. Patent No. 4,147,514.  Upon information and belief, Bayer

4   has made decisions to falsely mark its products long after the expirations of these patents, including

5   each time it has printed or otherwise created such packaging.

6      61.    Upon information and belief, Bayer marks its products with patents to induce the

7   public to believe that each such product is protected by each patent listed and with knowledge that

8   nothing is protected by an expired patent.  Accordingly, Bayer falsely marked its products with intent

9   to deceive the public.

10               **Count 4:**   **Bright Image's False Marking**

11      62.    SF Tech incorporates by reference all above allegations.

12      63.    Upon information and belief, Bright Image makes and sells lighting products under the

13   brand name Touch & Glow.  Many Touch & Glow lighting products are falsely marked.  For

14   example, Bright Image's "Lamp Touch Dimmer & Auto Turn-Off Timer" products are marked "U.S.

15   PATENT NO. 4,632,490".  Also, Bright Image advertises its products on its web site, at

16   www.touchandglow.com.  On the home page of its web site, Bright Image provides a link to its

17   catalog,[11] in which Bright Image further advertises its products.  That catalog further marks Bright

18   Image's products: "Products manufactured under U.S. Patent Nos. D436,082 S, D435,832 S,

19   4,632,490, 4,668,877 and other patents pending."  The products falsely marked in this Bright Image

20   catalog are:

21          a.     Model Ezt-712: 4-In-1 Photo Ez-Timer (UPC#081077007123)

22          b.     Model Ezt-710: 3-In-1 Photo Timer (UPC#081077007109)

23          c.     Model Ezt-717: Vacation Random On/Off Timer (UPC#081077007178)

24          d.     Model Ezt-753: Floodlight Timer 1/2-12 Hr Adjustable (UPC#081077007536)

25          e.     Model Ezt-Acl: Automatic Closet Light (UPC#081077007994)

26          f.     Model S-751: Automatic Light Control (UPC#081077007512)

27          g.     Model S-752: Automatic Floodlight Control (UPC#081077007529)

28

RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

[11] http://www.touchandglow.com/v/files/T&G_Catalog.pdf

h.  Model Ezt-12h: 12 Hour Adjustable Auto Turn-Off Timer (UPC#081077007727)

i.  Model Ezt-4hr: 4 Hour Adjustable Timer (UPC#081077007710)

j.  Model Ezt-60m: 60 Minute Adjustable Auto Turn Off Timer (UPC#081077007734)

k.  Model Ezt-30m: 30 Minute Adjustable Auto Turn Off Timer (UPC#081077007741)

l.  Model S-323: Touch Dimmer & 3-Way Timer (UPC#081077003231)

m.  Model S-327: Baby-Go-To-Sleep Dimmer & 3-Way Timer (UPC#081077003279)

n.  Model S-300: Rotary Lamp Dimmer, Screw-In (UPC#081077003002)

o.  Model S-9: Touch Pad Full Range Dimmer, Screw-In (UPC#081077000094)

p.  Model S-6: Touch Pad On/Off Switch, Screw-In (UPC#081077000063)

q.  Model S-5: Touch Pad 3-Way Dimmer, Screw-In (UPC#081077000056)

r.  Model S-7: Touch Pad Dimmer & 3-Way Timer (UPC#081077000070)

s.  Model T-409: Touch Pad Dimmer, Plug-In (UPC#081077004092)

t.  Model Ez-109: Full Range Dimmer Switch, Plug-In (UPC#081077001091)

u.  Model Ez-103: Plug-In 3-Way Dimmer Switch, Plug-In (UPC#081077001039)

v.  Model Ez-101: Plug-In On/Off Switch, Plug-In (UPC#081077001015)

w.  Model Ez-209: Full Range Dimmer Switch, Screw-In (UPC#081077002098)

x.  Model Ez-207: 3-Way Dimmer & Timer, Screw-In (UPC#081077002074)

y.  Model Ez-203: Screw-In 3-Way Dimmer Switch , Screw-In (UPC#081077002036)

z.  Model Ez-201: Screw-In Touch On/Off Switch, Screw-In (UPC#081077002012)

aa.  Model Ez-119: Full Range Wall Dimmer (UPC#081077001190)

bb.  Model Ez-113: 3-Way Touch Wall Dimmer (UPC#081077001138)

cc.  Model Ez-111: Touch On/Off Wall Switch (UPC#081077001114)

333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

dd.   Model Ez-311: On/Off Wall Box Switch (UPC#081077003118)

ee.   Model Ez-309: Full Range Dimmer For Fixture Box (UPC#081077030909)

ff.   Model Ez-301: Touch On/Off Switch For Fixture Box (UPC#081077030107)

gg.   Model Ez-501: Add-On Wall Plate (UPC#081077005013)

hh.   Model Ez-502: Add-On Touch Wire (UPC#081077005020)

ii.   Model Ez-449: Cabinet Lights Touch Dimmer (UPC#081077004498)

64.   The Bright Image advertising emphasizes the novel, innovative features of its products, which further induces the public to believe that those products are patented. For example, Bright Image's web site claims:[12] "For over 25 years, Bright Image Corporation has been leading the market with new and innovative lighting controls under our registered Touch & Glow® products brand name." For example, Bright Image's catalog claims, on page 12:

•Bright Image offers the latest, technologically most advanced, and most comprehensive selection of touch dimmer controls available in the world.
•Bright Image offers trendsetting, never-offered-before, socket photoelectric timer controls and radio frequency (RF) wireless remote controls. BIC manufactures the widest selection of new products in its category.
•Bright Image Corporation is the only manufacturer that offers touch products that work with
fluorescents, incandescent, halogen, low voltage lights and holiday light bulbs.
•Bright Image Corporation is the only manufacturer that offers screw-in socket photo-timers,
automatic closet light and auto shut-off lamp timers.
•Bright Image is the only manufacturer that designed and offers EZ-Switch line of products that require no
120V wiring thus saving substantial money and time. [...]
— World's most compact plug-in controls that do not block the second outlet
— The most compact screw-in socket controls to fit better in small lamps
— "Soft-Start" technology for dimmers which substantially increases bulb life
— Advanced "Flicker-Free" circuit to eliminate false turn-ons of photo-controls
— Most advanced " Auto Gain Circuit" provides rock-solid touch controls

RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

---

[12] http://www.touchandglow.com/ABOUT-US-s/29.htm

— For use of photoelectric controls at evening and early dark morning time, we pioneered and introduced the latest feature of "Dual On/Off Circuit".
— Safety enhancing "Auto Current Limit Circuit" helps prevent electrical overloads
— To protect from transformer thermal damage, our full range dimmers come with a unique "Automatic Safety Shutdown Circuit". This home saftey feature works with both magnetic and electronic transformers coupled with low-voltage halogen and incandescent lights.

65.    Upon information and belief, U.S. Patents Nos. 4,632,490 and 4,668,877 expired no later than 11/22/2005 and 7/13/2005, respectively.  Bright Image continues to mark its products in the manner described above in 2010, long after the expirations of those patents.  Bright Image's web site is marked "Copyright © 2009 Bright Image Corporation", which indicates that Bright Image made decisions to mark its products in the manner described above long after those patents expired.

66.    Upon information and belief, Bright Image marks its products with patents to induce the public to believe that each such product is protected by each patent listed and with knowledge that nothing is protected by an expired patent.  Accordingly, Bright Image falsely marked its products with intent to deceive the public.

## Count 5:    Church & Dwight's False Marking

67.    SF Tech incorporates by reference all above allegations.

68.    Upon information and belief, Church & Dwight makes and sells many kinds of products, including Mentadent toothpaste products and Arm & Hammer Extra Whitening toothpaste products and Arm & Hammer Baking Soda & Peroxide toothpaste products.  Church & Dwight marks the packaging in which its Mentadent toothpaste products are sold: "One or more of the following patents may apply: Patent Nos. 5,020,694; 5,038,963; 5,059,417; 5,085,853; 5,289,949; 5,372,803; 5,456,902; 5,616,313; 5,632,972; 5,645,193".  Church & Dwight marks the packaging in which these Arm & Hammer toothpaste products are sold: "U.S. Patent #4,891,211/5,424,060".  Upon information and belief, U.S. Patents Nos. 5,020,694, 5,038,963, and 4,891,211 expired no later than 3/17/2009, 3/17/2009, and 6/30/2008, respectively.

69.    Church & Dwight's falsely marked products are being sold retail in 2010 with such false markings, after the expirations of U.S. Patents Nos. 5,020,694, 5,038,963, and 4,891,211.  Upon

333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

1  information and belief, Church & Dwight has made decisions to falsely mark its products after the

2  expirations of these patents, including each time it has printed or otherwise created such packaging.

3      70.    Upon information and belief, Church & Dwight marks its products with patents to

4  induce the public to believe that each such product is protected by each patent listed and with

5  knowledge that nothing is protected by an expired patent. Accordingly, Church & Dwight falsely

6  marked its products with intent to deceive the public.

7  **Count 6:**   **Colgate-Palmolive's False Marking**

8      71.    SF Tech incorporates by reference all above allegations.

9      72.    Upon information and belief, Colgate-Palmolive makes and sells many kinds of

10  products, including Colgate Total Clean Mint toothpaste, Colgate Total Advanced Clean plus

11  whitening toothpaste, Colgate Total Advanced Whitening toothpaste, Colgate Total Whitening

12  toothpaste, and Colgate Total Whitening gel. Colgate-Palmolive marks the packages in which its

13  Colgate Total Clean Mint toothpaste products are sold: "USP 5,156,835". Upon information and

14  belief, U.S. Patent No. 5,156,835 expired no later than 10/21/2009.

15      73.    Colgate-Palmolive's falsely marked products are being sold retail in 2010 with such

16  false markings, after the expiration of U.S. Patent No. 5,156,835. Upon information and belief,

17  Colgate-Palmolive has made decisions to falsely mark its products after the expiration of U.S. Patent

18  No. 5,156,835, including each time it has printed or otherwise created such packaging.

19      74.    Upon information and belief, Colgate-Palmolive marks its products with patents to

20  induce the public to believe that each such product is protected by each patent listed and with

21  knowledge that nothing is protected by an expired patent. Accordingly, Colgate-Palmolive falsely

22  marked its products with intent to deceive the public.

23  **Count 7:**   **Combe's False Marking**

24      75.    SF Tech incorporates by reference all above allegations.

25      76.    Upon information and belief, Combe makes and sells many kinds of products,

26  including LiceMD Lice & Egg Treatment. Combe marks the packages in which LiceMD is sold:

27  "United States: #6,683,065 and #4,612,944". Upon information and belief, U.S. Patent No.

28  4,612,944 expired no later than 2/21/2005.

RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

77.     Combe's falsely marked products are being sold retail in 2010, after the expiration of U.S. Patent No. 4,612,944. Upon information and belief, Combe has made decisions to mark its falsely marked products after the expiration of U.S. Patent No. 4,612,944, including each time it has printed or otherwise created such packaging.

78.     Upon information and belief, Combe marks its products with patents to induce the public to believe that each such product is protected by each patent listed and with knowledge that nothing is protected by an expired patent. Accordingly, Combe falsely marked its products with intent to deceive the public.

### Count 8:     Dial's False Marking

79.     SF Tech incorporates by reference all above allegations.

80.     Upon information and belief, Dial makes and sells many kinds of products, including Combat Quick Kill Formula 3 ant traps. Dial marks the packages in which these products are sold: "U.S. Patent No. 4,563,836 and other patents pending." Upon information and belief, U.S. Patent No. 4,563,836 expired no later than 1/15/2003.

81.     Dial's falsely marked products are being sold retail in 2010 with such false markings, after the expiration of U.S. Patent No. 4,563,836. Upon information and belief, Dial has made many decisions to mark its falsely marked products after the expiration of U.S. Patent No. 4,563,836, including each time it has printed or otherwise created such packaging.

82.     Upon information and belief, Dial marks its products with patents to induce the public to believe that each such product is protected by each patent listed and with knowledge that nothing is protected by an expired patent. Accordingly, Dial falsely marked its products with intent to deceive the public.

### Count 9:     Exergen's False Marking

83.     SF Tech incorporates by reference all above allegations.

84.     Upon information and belief, Exergen makes and sells many kinds of products, including Comfort Scanner Temporal Thermometers. Exergen marks the packages in which its Comfort Scanner thermometers are sold: "Protected by the following U.S. Patents: 4636091, 5012813, 5199436, 5653238, 5874736, 6045257, 6047205, 6056435, 6292685, 6299347, 6319206,

RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

6402371, other US and foreign patents pending". Upon information and belief, U.S. Patents Nos. 4,636,091, 5,012,813, 5,199,436, and 5,653,238 expired no later than 6/28/2005, 12/7/2008, 2/20/2008, 12/7/2008, respectively.

85.   Exergen's falsely marked products are being sold retail in 2010 with such false markings, after the expiration of U.S. Patents Nos. 4,636,091, 5,012,813, 5,199,436, and 5,653,238. Upon information and belief, Exergen has made many decisions to mark its falsely marked products after the expiration of U.S. Patents Nos. 4,636,091, 5,012,813, 5,199,436, and 5,653,238, including each time it has printed or otherwise created such packaging.

86.   Upon information and belief, Exergen marks its products with patents to induce the public to believe that each such product is protected by each patent listed and with knowledge that nothing is protected by an expired patent. Accordingly, Exergen falsely marked its products with intent to deceive the public.

## Count 10:   GSK's False Marking

87.   SF Tech incorporates by reference all above allegations.

88.   Upon information and belief, GSK makes and sells many kinds of products, including Aquafresh Ultimate White toothpaste. GSK marks the packages in which its Aquafresh Ultimate White toothpaste products are sold: "Covered by U.S. Patent Nos. 4,923,684 and 4,985,236". Such packages are also marked with a copyright date of 2008. Upon information and belief, U.S. Patents Nos. 4,923,684 and 4,985,236 expired no later than 5/9/2009 and 5/8/2007, respectively.

89.   GSK's falsely marked products are being sold retail in 2010 with such false markings, after the expiration of U.S. Patents Nos. 4,923,684 and 4,985,236. Upon information and belief, GSK has made many decisions to mark its falsely marked products after the expiration of U.S. Patents Nos. 4,923,684 and 4,985,236, including each time it has printed or otherwise created such packaging.

90.   Upon information and belief, GSK marks its products with patents to induce the public to believe that each such product is protected by each patent listed and with knowledge that nothing is protected by an expired patent. Accordingly, GSK falsely marked its products with intent to deceive the public.

RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

### Count 11:   Hi-Tech Pharmacal's False Marking

91.     SF Tech incorporates by reference all above allegations.

92.     Upon information and belief, Hi-Tech Pharmacal makes and sells many kinds of products, including Zostrix Neuropathy Cream. Hi-Tech Pharmacal marks the packages in which its Zostrix Neuropathy Cream products are sold: "Covered by U.S. Patent No 4,997,853". Upon information and belief, U.S. Patent No. 4,997,853 expired no later than 12/3/2008.

93.     Hi-Tech Pharmacal's falsely marked products are being sold retail in 2010 with such false markings, after the expiration of U.S. Patent No. 4,997,853. Upon information and belief, Hi-Tech Pharmacal has made many decisions to mark its falsely marked products after the expiration of U.S. Patent No. 4,997,853, including each time it has printed or otherwise created such packaging.

94.     Upon information and belief, Hi-Tech Pharmacal marks its products with patents to induce the public to believe that each such product is protected by each patent listed and with knowledge that nothing is protected by an expired patent. Accordingly, Hi-Tech Pharmacal falsely marked its products with intent to deceive the public.

### Count 12:   Johnson's False Marking

95.     SF Tech incorporates by reference all above allegations.

96.     Upon information and belief, Johnson makes and sells many kinds of products, including Ultrasheen Supreme relaxer and Gentle Treatment. Johnson marks the packages in which its Ultrasheen Supreme relaxer products are sold: "This product may be covered by one or more of the following US Patent Nos: 5,679,327; 5,376,364; 5,293,885; 4,950,485; 5,171,565; 5,068,101". Johnson marks the packages in which its Gentle Treatment products are sold: "US. Patent No. 4,950,485; US. Patent No. 5,171,565; US. Patent No. 5,376,364". Upon information and belief, U.S. Patents Nos. 4,950,485, 5,068,101, 5,171,565, and 5,376,364 expired no later than 3/26/2008.

97.     Johnson's falsely marked products are being sold retail in 2010 with such false markings, after the expiration of U.S. Patents Nos. 4,950,485, 5,068,101, 5,171,565, and 5,376,364. Upon information and belief, Johnson has made many decisions to mark its falsely marked products after the expiration of U.S. Patents Nos. 4,950,485, 5,068,101, 5,171,565, and 5,376,364, including each time it has printed or otherwise created such packaging.

RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

98.     Upon information and belief, Johnson marks its products with patents to induce the public to believe that each such product is protected by each patent listed and with knowledge that nothing is protected by an expired patent. Accordingly, Johnson falsely marked its products with intent to deceive the public.

### Count 13:   Maybelline's False Marking

99.     SF Tech incorporates by reference all above allegations.

100.    Upon information and belief, Maybelline makes and sells many kinds of products, including mascara products. Several varieties of Maybelline's Volume Express Mascara products (colors: 201 very black, 202 brownish black, 221 very black, 261 very black) are marked: "U.S. PATENTS: 4,871,536; 4,877,622; 4,898,193; 4,993,440 U.S. PATENTS PENDING". At least one color (251 very black) of Maybelline's Volume Express Mascara products are marked: "U.S. PATENTS: 4,877,622; 4,898,193; 4,993,440". At least one color (302 brownish black) of Maybelline's Full 'N Soft Mascara products is marked: "U.S. PATENTS: 4,887,622; 5,618,523; 6,015,574; 6,221,389; 6,467,967". At least one color (352 brownish black) of Maybelline's Lash Discovery Mascara products is marked: "U.S. PATENTS: 4,871,536." (The marking with U.S. Patent No. 4,877,622 appears to be in error; Maybelline appears to have intended to mark with U.S. Patent No. 4,887,622.)  Upon information and belief, U.S. Patents Nos. 4,871,536, 4,877,622, 4,887,622, 4,898,193, and 4,993,440 expired no later than 10/4/2006, 1/14/2009, 11/31/2007, 10/21/2007, and 2/20/2008, respectively.

101.    Maybelline' falsely marked products are being sold retail in 2010 with such false markings, after the expiration of U.S. Patents Nos. 4,871,536, 4,877,622, 4,887,622, 4,898,193, and 4,993,440. Upon information and belief, Maybelline has made many decisions to mark its falsely marked products after the expiration of U.S. Patents Nos. 4,871,536, 4,877,622, 4,887,622, 4,898,193, and 4,993,440, including each time it has printed or otherwise created such packaging.

102.    Upon information and belief, Maybelline marks its products with patents to induce the public to believe that each such product is protected by each patent listed and with knowledge that nothing is protected by an expired patent. Accordingly, Maybelline falsely marked its products with intent to deceive the public.

RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

## Count 14:   McNeil-PPC's False Marking

103.   SF Tech incorporates by reference all above allegations.

104.   Upon information and belief, McNeil-PPC makes and sells many kinds of products, including Nizoral anti-dandruff shampoo.  McNeil-PPC marks the packages in which its Nizoral anti-dandruff shampoo products are sold: "US Patent Nos. 4,335,125; 4,942,162 and 5,456,851".  McNeil-PPC also advertises its Nizoral products on its web site, at www.nizoral.com.  One advertisement[13] on that web site, describes the Nizoral products and is marked: "US Patent Nos. 4,335,125; 4,942,162 and 5,456,851".  Upon information and belief, U.S. Patents Nos. 4,335,125 and 4,942,162 expired no later than 6/16/1999 and 7/18/2007, respectively.

105.   Upon information and belief, McNeil-PPC and makes and sells Rembrandt Fresh Mint toothpaste through its division Johnson & Johnson Healthcare Products.  McNeil-PPC marks the packages in which its Rembrandt Fresh Mint toothpaste products are sold: "US patent 4,986,981".  Such packages are also marked with a copyright date of 2008.  Upon information and belief, U.S. Patent No. 4,986,981 expired no later than 1/23/2008.

106.   McNeil-PPC's falsely marked products are being sold retail in 2010 with such false markings, after the expiration of U.S. Patents Nos. 4,335,125, 4,942,162, and 4,986,981.  Upon information and belief, McNeil-PPC has made many decisions to mark its falsely marked products after the expiration of U.S. Patents Nos. 4,335,125, 4,942,162, and 4,986,981, including each time it has printed or otherwise created such packaging.

107.   Upon information and belief, McNeil-PPC marks its products with patents to induce the public to believe that each such product is protected by each patent listed and with knowledge that nothing is protected by an expired patent.  Accordingly, McNeil-PPC falsely marked its products with intent to deceive the public.

## Count 15:   Medtech's False Marking

108.   SF Tech incorporates by reference all above allegations.

109.   Upon information and belief, Medtech makes and sells healthcare products, including Dermoplast Pain Relieving Spray and Dermoplast Antibacterial Pain Relieving Spray.  Medtech's

333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

---

[13] http://www.nizoral.com/vcrc/drugfacts/nizoral/niz_shampoo_110900.pdf

1    Dermoplast products are marked "U.S. Pat. No. 4,600,575". Upon information and belief, U.S.

2    Patent No. 4,600,575 expired no later than 7/16/2003.

3        110.    The labels on canisters of Dermoplast Pain Relieving Spray product are also marked

4    "© 2004 Distributed by Medtech Products, Inc." The labels on canisters of Dermoplast Antibacterial

5    Pain Relieving Spray are also marked "© 2005 Distributed by Medtech Products, Inc." These

6    Dermoplast products are being sold retail, marked in this manner, in 2010. Thus, upon information

7    and belief, Medtech made decisions to mark its Dermoplast products in this manner at least in 2004

8    and 2005 and again each time such labels are printed — all long after U.S. Patent No. 4,600,575

9    expired.

10        111.    Upon information and belief, Medtech marks its products with patents to induce the

11   public to believe that each such product is protected by each patent listed and with knowledge that

12   nothing is protected by an expired patent. Accordingly, Medtech falsely marked its products with

13   intent to deceive the public.

14                    **Count 16:   Playtex's False Marking**

15        112.    SF Tech incorporates by reference all above allegations.

16        113.    Upon information and belief, Playtex makes and sells many kinds of products,

17   including Playtex Kinder-Grip Bottle products. Playtex marks the packages in which its Playtex

18   Kinder-Grip Bottle products are sold: "U.S. Patent Nos. 5,215,203 and D-320,859". Upon

19   information and belief, U.S. Patents Nos. 5,215,203 and D320,859 expired no later than 11/29/2006

20   and 10/16/2005, respectively.

21        114.    Playtex's falsely marked products are being sold retail in 2010 with such false

22   markings, after the expiration of U.S. Patents Nos. 5,215,203 and D320,859. Upon information and

23   belief, Playtex has made many decisions to mark its falsely marked products after the expiration of

24   U.S. Patents Nos. 5,215,203 and D320,859, including each time it has printed or otherwise created

25   such packaging.

26        115.    Upon information and belief, Playtex marks its products with patents to induce the

27   public to believe that each such product is protected by each patent listed and with knowledge that

28   nothing is protected by an expired patent. Accordingly, Playtex falsely marked its products with

RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

1 | intent to deceive the public.

2 | ## Count 17:   RBI's False Marking

3 | 116.    SF Tech incorporates by reference all above allegations.

4 | 117.    Upon information and belief, RBI makes and sells many kinds of products, including

5 | Lysol Neutra Air Sanitzing Spray.  RBI marks the packages in which its Lysol Neutra Air Sanitizing

6 | Spray products are sold: "U.S. Patent Number 5,795,566" and "U.S. Patent Number 4,840,792".  RBI

7 | advertises its Lysol Neutra Air Sanitzing Spray products on its web site.  That advertisement[14]

8 | emphasizes that the product is patented:

> LYSOL® NEUTRA AIR® Sanitizing Spray, our breakthrough in odor elimination, contains a patented odor-eliminating technology that provides a triple-action benefit:
> 1. Destroys odors by killing bacteria at the source so odors won't come back.*
> 2. Eliminates odor in the air from odor-causing bacteria.
> 3. Refreshes the air with crisp, clean fragrance.

118.    Upon information and belief, U.S. Patents Nos. 4,840,792 and 5,795,566 expired on 5/28/2007.

119.    RBI's falsely marked products are being sold retail in 2010 with such false markings and advertised in 2010 with such false markings, after the expiration of U.S. Patents Nos. 4,840,792 and 5,795,566.  Upon information and belief, RBI has made many decisions to mark its falsely marked products after the expiration of U.S. Patents Nos. 4,840,792 and 5,795,566, including each time it has printed or otherwise created such packaging and each time such advertisements are served to Internet users.

120.    Upon information and belief, RBI marks its products with patents to induce the public to believe that each such product is protected by each patent listed and with knowledge that nothing is protected by an expired patent.  Accordingly, RBI falsely marked its products with intent to deceive the public.

## Count 18:   Roche's False Marking

121.    SF Tech incorporates by reference all above allegations.

122.    Upon information and belief, Roche sells many healthcare and pharmaceutical

RIVERPARK TOWER, SUITE 1650
333 WEST SAN CARLOS STREET
SAN JOSE, CALIFORNIA 95110-2740
TELEPHONE (408) 279-7000

[14] http://lysol.com/products/neutra-air-products/sanitizing-spray/

Complaint

1   products, including Accu-Chek Softclix lancets. These lancet products are marked: "ACCU-CHEK

2   Softclix is protected by U.S. Patents Nos. 4,924,879 and Re. 35,803." Roche advertises its Accu-

3   Chek products on its web site at www.accu-chek.com. As part of that advertising, Roche provides

4   manuals which further advertise its lancet products. In the advertisement titled "Accu-Chek Compact

5   Owner's Booklet",[15] Roche further marks its lancet products: "The ACCU-CHEK Softclix lancet

6   device and its use are protected by U.S.Patent Nos.4,924,879 and Re.35,803." In the advertisement

7   titled "Accu-Chek Active Owner's Booklet",[16] Roche further marks its lancet products: "The ACCU-

8   CHEK Softclix lancet device and use are protected by U.S. Patent Nos. 4,924,879; 6,419,661;

9   7,077,828; and Re. 35,803." In the advertisement titled Accu-Chek Softclix User Guide,[17] Roche

10  further marks its Softclix and Softclix Plus products: "This ACCU-CHEK Softclix device and its use

11  are protected by U.S.Patent Nos.4,924,879 and Re.35,803." Roche represents on the web pages

12  advertise these products that the advertisements were "Last updated: 11.12.2009".[18]

13       123.   Upon information and belief, U.S. Patent No. 4,924,879 expired no later than

14  10/8/2008. Roche's Accu-Chek products are sold retain in 2010, and the above-described

15  advertisements are on Roche's web site in 2010, long after the expiration of U.S. Patent No.

16  4,924,879. Thus, upon information and belief, Roche made decisions to mark its Accu-Chek

17  products in this manner long after U.S. Patent No. 4,924,879 expired.

18       124.   Upon information and belief, Roche marks its products with patents to induce the

19  public to believe that each such product is protected by each patent listed and with knowledge that

20  nothing is protected by an expired patent. Accordingly, Roche falsely marked its products with intent

21  to deceive the public.

22                    **Count 19:   SoftSheen-Carson's False Marking**

23       125.   SF Tech incorporates by reference all above allegations.

24

25  [15] Available at: https://www.accu-chek.com/us/logretriever.htm?urlString=cmV0cmlldmVyL3B1YmxpYy9SRENQVDBfTU5MMF8xMjEwMS5wZGY=

26  [16] Available at: https://www.accu-chek.com/us/logretriever.htm?urlString=cmV0cmlldmVyL3B1YmxpYy9SREFUVjBfTU5MMF8xMjEwMS5wZGY=

27  [17] https://www.accu-chek.com/us/logretriever.htm?urlString=cmV0cmlldmVyL3B1YmxpYy9BY2N1LUNoZWNrX1NvZnRjRfQ2xpeC5wZGY=

28  [18] https://www.accu-chek.com/us/lancing-devices/softclix-plus.html and https://www.accu-chek.com/us/lancing-devices/softclix.html

126.   Upon information and belief, SoftSheen-Carson makes and sells many kinds of products, including Optimum Care Anti-Breakage Therapy products. SoftSheen-Carson marks the packaging in which its Optimum Care Anti-Breakage Therapy products are sold: "This product may be covered by US Patents #5,618,523 and 5,077,042". Upon information and belief, U.S. Patent No. 5,077,042 expired no later than 3/26/2008.

127.   SoftSheen-Carson's falsely marked products are being sold retail in 2010 with such false markings, after the expiration of U.S. Patent No. 5,077,042. Upon information and belief, SoftSheen-Carson has made decisions to falsely mark its products long after the expirations of that patent, including each time it has printed or otherwise created such packaging.

128.   Upon information and belief, SoftSheen-Carson marks its products with patents to induce the public to believe that each such product is protected by each patent listed and with knowledge that nothing is protected by an expired patent. Accordingly, SoftSheen-Carson falsely marked its products with intent to deceive the public.

### Count 20:   Sun's False Marking

129.   SF Tech incorporates by reference all above allegations.

130.   Upon information and belief, Sun makes and sells many kinds of products, including Snuggle fabric softener products. Sun marks the packaging in which its Snuggle fabric softener products, such as the White Lavender and Sandalwood variety, are sold with "US Patent Nos. 5,288,417 and 5,108,009; other patents pending." Upon information and belief, U.S. Patent No. 5,108,009 expired no later than April 29, 2009.

131.   Sun's falsely marked products are being sold retail in 2010 with such false markings, after the expiration of U.S. Patent No. 5,108,009. Upon information and belief, Sun has made decisions to falsely mark its products long after the expirations of that patent, including each time it has printed or otherwise created such packaging.

132.   Upon information and belief, Sun marks its products with patents to induce the public to believe that each such product is protected by each patent listed and with knowledge that nothing is protected by an expired patent. Accordingly, Sun falsely marked its products with intent to deceive the public.

## Count 21:   Sunstar's False Marking

133.    SF Tech incorporates by reference all above allegations.

134.    Upon information and belief, Sunstar makes and sells many kinds of products, including GUM Proxabrush. Sunstar marks the packaging in which its GUM Proxabrush Handle Snap-on products are sold with: "The PROXABRUSH Handle is protected by patents pending or one or more of the following U.S. Patents: 5,027,467; 5,201,091; 5,633,083 and Reg. U.S. Pat. & T.M. Off." Sunstar marks the packaging in which its GUM Proxabrush Trav-ler products are sold: "The PROXABRUSH TRAV-LER is protected by one or more of the following U.S. Patents: #4,691,404; #5,488,751; 5,633,083". Upon information and belief, U.S. Patents Nos. 4,691,404, 5,027,467, and 5,201,091 expired no later than 2/22/2005, 2/7/2010, and 7/2/2008, respectively.

135.    Sunstar's falsely marked products are being sold retail in March 2010 with such false markings, after the expirations of U.S. Patents Nos. 4,691,404, 5,027,467, and 5,201,091. Upon information and belief, Sunstar has made decisions to falsely mark its products after the expirations of these patents, including each time it has printed or otherwise created such packaging.

136.    Upon information and belief, Sunstar marks its products with patents to induce the public to believe that each such product is protected by each patent listed and with knowledge that nothing is protected by an expired patent. Accordingly, Sunstar falsely marked its products with intent to deceive the public.

## Demand For Judgment

SF Tech demands judgment against each defendant, as follows:

1.    A declaration that each defendant violated 35 U.S.C. § 292.

2.    A civil fine of $500 for each offense — half paid to the U.S., and half paid to SF Tech.

3.    Any other relief the court deems appropriate.

## Demand For Jury Trial

SF Tech demands a jury trial on all issues so triable.

Date: March 5, 2010

Mount & Stoelker, P.C.,

_____ /s/ Dan Fingerman
Attorneys for San Francisco Technology Inc.

Z:\CLIENTS\F CL:IENTS\FALSE002\Attorney_Notes\Drafts\Complaint False002.doc

Complaint

RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose, California 95110-2740
Telephone (408) 279-7000