**E-Filed 1/14/2011**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN FRANCISCO TECHNOLOGY, INC., | Case Number 5:10-cv-03246-JF/PSG |
| Plaintiff, | ORDER[1] GRANTING DEFENDANT BAYER CORPORATION'S MOTION TO TRANSFER VENUE |
| v. | |
| BAYER CORPORATION, | [Re: Docket No. 15] |
| Defendant. | |

Defendant Bayer Corporation filed a motion to transfer venue on December 16, 2010. The motion is unopposed.

**ORDER**

Good cause therefor appearing, Defendant's motion to transfer venue to the Southern District of New York is GRANTED.

**IT IS SO ORDERED.**

---

[1] This disposition is not designated for publication in the official reports.

Case No. 5:10-cv-03246-JF/PSG
ORDER GRANTING DEFENDANT BAYER CORPORATION'S MOTION TO TRANSFER VENUE
(JFLC1)

DATED: January 14, 2011

*[signature]*

JEREMY FOGEL
United States District Judge

Case No. 5:10-cv-03246-JF/PSG
ORDER GRANTING DEFENDANT BAYER CORPORATION'S MOTION TO TRANSFER VENUE
(JFLC1)